# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI<br><br>      Plaintiff(s),<br><br>v.<br><br>BALDWIN ARCADIA CENTER L.P., et al.<br><br>      Defendant(s). | CASE NO.<br>2:20−cv−05853−DSF−JPR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before March 1, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: January 28, 2021                 /s/ *Dale S. Fischer*
                                                   Dale S. Fischer
                                                   United States District Judge